FILED US District Court-UT
FEB 13 '26 AM 11:41

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendant. | **Motion to Seal the Record**<br><br>Case: 2:26-cv-00130<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 2/13/2026<br>Description: Sealed v. Sealed |

I, Plaintiff, appearing unrepresented, move the court for: The case to be sealed together with the name(s) and titles of all parties and their respective papers and property as protected from public disclosure(s).

DATED this 2 day of February, 2026

*/s/ Michael*
Plaintiff for and on behave of the
United States