FILED
2026 FEB 23
CLERK
U.S. DISTRICT COURT

**Emergency Motion to Reseal the Case(s) 2:26 cv 00130; 2:25 cv 00764**

February 23, 2026

To whom it may concern:

Amount in controversy    $101.50"

Plaintiff(s) demand Confidential Filing.

Intentionally Unsigned

UNKNOWN Confidential Party