LODGED
2026 MAR 21
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| Martin<br><br>　　　　Plaintiff,<br><br>v.<br><br>Delta Airlines<br><br>　　　　Defendant. | **Motion for Attorney Fees**<br><br>Case No. 2:26 cv 00130 RJS<br><br>Judge Robert J. Shelby |

I, Plaintiff, appearing unrepresented, move the court for an attorney fee pursuant to Federal Rule 4 when Defendant is served with notice of lawsuit and fails to return waiver of service as requested to avoid unnecessary costs of suit. Attorney fees and assistance with official process of service of a complaint upon the Defendant are requested.

Furthermore, Utah Labor Code 34-27 -1 also requires an attorney fee in addition to the amount found due for wages earned to be taxed as cost of lawsuit to be tried by this court.

DATED this 19 day of March, 2026

_Michael_

Legal Guardian for
Marvel Martin